# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131737

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

                                        SC: 131737
                                        COA: 259435

RAY EDWARD BARRY,
         Defendant-Appellant.
                                        Kalamazoo CC: 03-000665-FH

_____/

On order of the Court, the application for leave to appeal the June 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

                                               Clerk

d1023